UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH G. SIMMONS, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O R. FIELDS,<br><br>    Defendant. | No. CV-12-5101-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS AND CLOSING FILE** |

On December 3, 2012, the parties filed a stipulated motion to dismiss. ECF No. 14. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 14**, is **GRANTED**.

2. The Complaint, ECF No. 7, is **DISMISSED WITH PREJUDICE**.

3. All pending hearing dates are **STRICKEN**.

4. The Clerk's Office shall **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and Plaintiff.

**DATED** this 6th day of December 2012.

            S/ Edward F. Shea
             EDWARD F. SHEA
    Senior United States District Judge

Q:\EFS\Civil\2012\5101.settle.close.lc2.wpd

ORDER CLOSING FILE - 1